IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. BRIDGEWATER                                               PLAINTIFF
ADC #652210

v.                           CASE NO. 4:20-CV-00101 BSM

DOE                                                               DEFENDANT

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted, and this case is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith. John Bridgewater's motion to amend [Doc. No. 6] is denied. The proposed amended complaint would not materially change the allegations.

IT IS SO ORDERED this 26th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE